## LORI SCHMID

### Certified Shorthand Reporter
*Hays County Court at Law*
*712 S. Stagecoach Trail, Suite 2292*
*San Marcos, Texas 78666*
*512.393.7740*
*Lori.schmid@co.hays.tx.us*

{_____}

Sent via e-mail

Mr. Chris Knowles
3rd Court of Appeals

September 29, 2015

IN RE:  Appellate Cause No.: 03-15-00375-CV; Trial Court Cause No. 15-0173; Robert M. Zapata, Appellant v Bank of America, N.A., Appellee

Dear Mr. Knowles:

The Reporter's Record in the above-referenced case has just been ordered today and payment arrangements have been made but are still pending.

I am hereby respectfully requesting a two-week extension to file the Reporter's Record with the Third Court of Appeals.

Thank you.

Lori Schmid
Certified Shorthand Reporter